1

2

3

4                           UNITED STATES DISTRICT COURT

5                               DISTRICT OF NEVADA

6                                     * * *

7    MICHAEL QUICK,                              Case No. 2:16-cv-01554-RFB-NJK

8                            Plaintiff,                        ORDER

9         v.                                      (Mot Cont ENE – ECF No. 18)

     CLARK COUNTY, NEVADA, et al,
10

                             Defendant.
11

12        Before the court is Defendants' Emergency Motion to Continue ENE (ECF No. 18).  The

13   court has reviewed the motion and Plaintiff's Notice of Non-Opposition (ECF No. 19).  Having

14   reviewed and considered the matter, the court will grant Defendants' request and continue the ENE

15   to the court's earlies available date.

16        **IT IS SO ORDERED** that:

17        1.  Defendants' Emergency Motion to Continue ENE (ECF No. 18) is **GRANTED**, and

18            the ENE currently scheduled for February 3, 2017, be **VACATED** and **CONTINUED**

19            to **March 10, 2017, at 9:30 a.m.**, in Chambers, Room 3071.

20        2.  Confidential ENE statements are due to Chambers, Room 3071, no later than **4:00**

21            **p.m., March 3, 2017**.

22        3.  All other instructions within the original Order Scheduling Early Neutral Evaluation

23            (ECF No. 17) shall remain in effect.

24        DATED this 20th day of January, 2017.

25

26                                              _____
                                                PEGGY A. LEEN
27                                              UNITED STATES MAGISTRATE JUDGE

28

                                           1