# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL QUICK, | Case No. 2:16-cv-01554-RFB-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 25) |
| CLARK COUNTY, NEVADA, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation to reopen discovery to conduct three depositions. Docket No. 25. For good cause and excusable neglect shown, the stipulation is **GRANTED** and the deadlines are **EXTENDED** as follows:

- Discovery cutoff: July 31, 2017[1]
- Dispositive motions: August 30, 2017
- Joint proposed pretrial order: September 29, 2017

IT IS SO ORDERED.

DATED: June 1, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Discovery is extended <u>only</u> to conduct the three depositions identified.