LAW OFFICES OF STEVEN J. PARSONS
ANDREW L. REMPFER, ESQ.
Nevada Bar No. 8628
Andrew@SJPlawyer.com
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
T: (702) 384-9900
F: (702) 384-5900

Attorney for Plaintiff
**MICHAEL QUICK**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **MICHAEL QUICK**, an individual<br><br>Plaintiff,<br><br>vs.<br><br>**CLARK COUNTY, NEVADA, ex. rel. LAS VEGAS METROPOLITAN POLICE DEPARTMENT; PETER BOFFELLI**, an individual; **DOES** I thru V, inclusive; **ROE CORPORATIONS** I thru V, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-01554-RFB-NJK<br><br><u>STIPULATION TO EXTEND TIME REGARDING PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF No. 27]</u><br><br>[FIRST REQUEST] |

The parties, by and through their counsel, hereby stipulate to extend the time by which Plaintiff must respond to Defendants' Motion for Summary Judgment [ECF No.: 27] from September 19, 2017 to October 10, 2017. Pursuant to LR 6-1, and LR 26-4, this is Plaintiff's first request, which is not made in bad faith nor for purposes of delay. Aside from this case, in three other cases, Plaintiff's counsel must file: (1) a Motion for Summary Judgment; (2) a response to a Writ of Prohibition; and, (3) an opposition to a Motion to Stay, in the next month. Based on the preceding, the parties respectfully believe good cause exists for an extension of time.

. . .

. . .



*Law Offices of Steven J. Parsons*
*10091 Park Run Dr., Ste. #200*
*Las Vegas, NV 89145-8868*
*(702) 384-9900; fax (702) 384-5900*
*Andrew@SJPlawyer.com*

1     Dated: Monday, September 5, 2017.

2 Respectfully Submitted By:

3 LAW OFFICES OF STEVEN J. PARSONS      MARQUIS AURBACH COFFING

4 By:/s/ Andrew L. Rempfer      By:/s/ Nicholas Crosby
Attorney for Plaintiff      Attorney for Defendants
5 MICHAEL QUICK      LAS VEGAS METROPOLITAN POLICE
     DEPARTMENT & PETER BOFELLI

6

7                   **IT IS SO ORDERED.**

8

9               _____

10               RICHARD F. BOULWARE, II
              United States District Judge

11               DATED this 6th day of September, 2017.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27



*Law Offices of Steven J. Parsons*
*10091 Park Run Dr., Ste. #200*
*Las Vegas, NV 89145-8868*
*(702) 384-9900; fax (702) 384-5900*
Andrew@SJPlawyer.com