1  LAW OFFICES OF STEVEN J. PARSONS
   ANDREW L. REMPFER, ESQ.
2  Nevada Bar No. 8628
   Andrew@SJPlawyer.com
3  10091 Park Run Dr., Ste. #200
   Las Vegas, NV 89145-8868
4  T: (702) 384-9900
   F: (702) 384-5900
5
   Attorney for Plaintiff
6  **MICHAEL QUICK**

7                       UNITED STATES DISTRICT COURT
8
                              DISTRICT OF NEVADA
9

10  **MICHAEL QUICK**, an individual          Case No.: 2:16-cv-01554-RFB-NJK

11     Plaintiff,

                                              STIPULATION TO EXTEND TIME REGARDING
12  vs.                                       PLAINTIFF'S RESPONSE TO DEFENDANTS'
                                              MOTION FOR SUMMARY JUDGMENT [ECF
13  **CLARK COUNTY, NEVADA, ex. rel. LAS VEGAS**  No. 27]
14  **METROPOLITAN POLICE DEPARTMENT;**
    **PETER BOFFELLI**, an individual; **DOES** I thru   [SECOND REQUEST]
15  V, inclusive; **ROE CORPORATIONS** I thru V,
    inclusive,
16
       Defendants.
17

18      The parties, by and through their counsel, hereby stipulate to extend the time by which

19  Plaintiff must respond to Defendants' Motion for Summary Judgment [ECF No.: 27] from

20  October 10, 2017 to October 27, 2017. Pursuant to LR 6-1, and LR 26-4, this is Plaintiff's

21  first request, which is not made in bad faith nor for purposes of delay. Aside from this case, in

22  three other cases, Plaintiff's counsel has had two mediations, and an emergency hearing in

23  state court. Based on the preceding, the parties respectfully believe good cause exists for an

24  extension of time. This extension is made in good faith, and not for purposes of delay.

25  . . .

26  . . .

27  . . .



*Law Offices of Steven J. Parsons*
*10091 Park Run Dr., Ste. #200*
*Las Vegas, NV 89145-8868*
*(702) 384-9900; fax (702) 384-5900*
*Andrew@SJPlawyer.com*

1   Dated: Thursday, October 19, 2017.

2   Respectfully Submitted By:

3   LAW OFFICES OF STEVEN J. PARSONS		MARQUIS AURBACH COFFING

4   By:/s/ Andrew L. Rempfer			By:/s/ Nick Crosby
    Attorney for Plaintiff			Attorney for Defendants
5   MICHAEL QUICK				LAS VEGAS METROPOLITAN POLICE
						DEPARTMENT & PETER BOFELLI

**IT IS SO ORDERED.**

Dated:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 24th day of October, 2017.



*Law Offices of Steven J. Parsons*
*10091 Park Run Dr., Ste. #200*
*Las Vegas, NV 89145-8868*
*(702) 384-9900; fax (702) 384-5900*
Andrew@SJPlawyer.com