1   LAW OFFICES OF STEVEN J. PARSONS
    ANDREW L. REMPFER, ESQ.
2   Nevada Bar No. 8628
    Andrew@SJPlawyer.com
3   10091 Park Run Dr., Ste. #200
    Las Vegas, NV 89145-8868
4   T: (702) 384-9900
    F: (702) 384-5900
5
    Attorney for Plaintiff
6   **MICHAEL QUICK**

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA
9

10  **MICHAEL QUICK**, an individual          Case No.: 2:16-cv-01554-RFB-NJK

11      Plaintiff,

                                              STIPULATION TO EXTEND TIME REGARDING
12  vs.                                       PLAINTIFF'S RESPONSE TO DEFENDANTS'
                                              MOTION FOR SUMMARY JUDGMENT [ECF
13  **CLARK COUNTY, NEVADA**, ex. rel. **LAS VEGAS**   No. 27]
    **METROPOLITAN POLICE DEPARTMENT;**
14  **PETER BOFFELLI**, an individual; **DOES** I thru   [THIRD REQUEST]
15  V, inclusive; **ROE CORPORATIONS** I thru V,
    inclusive,
16
        Defendants.
17

18      The parties, by and through their counsel, hereby stipulate to extend the time by which

19  Plaintiff must respond to Defendants' Motion for Summary Judgment [ECF No.: 27] from

20  October 27, 2017 to October 30, 2017. Pursuant to LR 6-1, and LR 26-4, this is Plaintiff's

21  third request, which is not made in bad faith nor for purposes of delay. Aside from this case,

22  in three other cases, Plaintiff's counsel was in mediation Friday, during Nevada Day, and could

23  not finalize filing the document. Nonetheless, it was filed on Monday, October 30, 2017.

24  Based on the preceding, the parties respectfully believe good cause exists for an extension of

25  time. This extension is made in good faith, and not for purposes of delay.

26  . . .

27  . . .



1  Dated: Tuesday, October 31, 2017.

2  Respectfully Submitted By:

3  LAW OFFICES OF STEVEN J. PARSONS          MARQUIS AURBACH COFFING

4  BY:/s/ ANDREW L. REMPFER                  BY:/s/ NICK CROSBY
   Attorney for Plaintiff                    Attorney for Defendants
5  MICHAEL QUICK                             LAS VEGAS METROPOLITAN POLICE
                                             DEPARTMENT & PETER BOFELLI

7                          **IT IS SO ORDERED.**

8                          Dated: November 1, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge



*Law Offices of Steven J. Parsons*
*10091 Park Run Dr., Ste. #200*
*Las Vegas, NV 89145-8868*
*(702) 384-9900; fax (702) 384-5900*
*Andrew@SJPlawyer.com*